# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LYNWOOD VAUGHN, JR.

NO. 2020 CW 0925

VERSUS

CYNTHIA BERCAW, WILLIAM
HARRELL ARATA, AND ANN GRAY
ARATA

**DECEMBER 07, 2020**

---

In Re: Lynwood Vaughn, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 2019114091.

---

**BEFORE: HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT